UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John D. Westley,

    Plaintiff,

v.                                                   Civil No. 11-3704 (JNE/JSM)
                                                 ORDER

James Robert Mann et al.,

    Defendants.

John D. Westley commenced this action in late December 2011. In January and February 2012, the Court referred several motions to the Honorable Janie S. Mayeron, United States Magistrate Judge. On August 15, 2012, the magistrate judge issued a Report and Recommendation. The deadline to object was August 29, 2012. *See* D. Minn. LR 72.2(b). That day, Westley moved to disqualify the magistrate judge and for an extension of time to file objections to the Report and Recommendation. The Court denies Westley's motion. *See Fletcher v. Conoco Pipe Line Co.*, 323 F.3d 661, 664-66 (8th Cir. 2003); *Rabushka ex rel. United States v. Crane Co.*, 122 F.3d 559, 566 (8th Cir. 1997). The Court construes Westley's motion as objections to the Report and Recommendation. Responses to Westley's objections are due on September 12, 2012. *See* D. Minn. LR 72.2(b).

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

    1.    Westley's motion to disqualify the magistrate judge and for an extension of time to file objections [Docket No. 109] is DENIED.

Dated: September 5, 2012

                                                                      s/Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge